# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DAVID DEWAYNE REECE,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§  Case No. 6:22-cv-280-JDK-JDL<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

The Court, having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that this petition for a writ of habeas corpus is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**Signed this**

**Oct 4, 2023**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE